# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | | | |
|---|---|---|---|
| **CASE NAME:**  USA v. | **CASE NUMBER:** | CR23-00430WHA | |
| | | CR | |
| **Is This Case Under Seal?** | Yes | No | |
| **Total Number of Defendants:** | 1 | 2-7 | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No | |
| **Venue (Per Crim. L.R. 18-1):** | SF | OAK | SJ |
| **Is this a potential high-cost case?** | Yes | No | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No | |
| **Is this a RICO Act gang case?** | Yes | No | |
| **Assigned AUSA (Lead Attorney):** | | **Date Submitted:** | |
| **Comments:** | | | |

Form CAND-CRIM-COVER (Rev. 11/16)